UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRADO MADRID,<br><br>    Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00669-DAD-JLT<br><br>**[PROPOSED] ORDER AMENDING THE CASE SCHEDULE** |

Based upon the stipulation of the parties, the Court ORDERS the case schedule amended as follows:

  1.  The deposition of the entity SHALL occur on March 4, 2020;

  2.  The depositions of Dominic Body and Brent Harrison SHALL occur at 10:00 a.m. on February 19, 2020. The depositions of Steven Rojo and Charles Oaks SHALL occur at 10:00 a.m. on February 20, 2020 and the defendant SHALL produce Mr. Oaks. The depositions of Renee Rentie and Isaiah Marquez SHALL occur on February 25, 2020;

  3.  All other non-expert discovery shall be completed no later than February 21, 2020[1];

  4.  The parties SHALL disclose their experts no later than March 20, 2020 and any rebuttal experts no later than April 10, 2020. They SHALL complete expert discovery no later than May 8, 2020 and should expect that this deadline will be held firm by the Court;

---

[1] The deposition of the plaintiff set on February 26, 2020 SHALL proceed as previously ordered.

5. The settlement conference is set on April 2, 2020, at 1:30 p.m.

No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

Dated: __**February 19, 2020**__        _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AMENDING THE CASE SCHEDULE