SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Mary D. Manesis (SBN 150372)
mmanesis@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
LAZER SPOT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONRADO MADRID,<br><br>            Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a Georgia corporation,<br><br>            Defendant. | Case No. 1:19-cv-00669-DAD-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE SETTLEMENT CONFERENCE AND CONTINUANCE OF DISPOSITIVE MOTION DEADLINE**<br><br>**(Doc. 90)** |

# [PROPOSED] ORDER

Upon consideration of the parties' JOINT STIPULATION RE SETTLEMENT CONFERENCE AND CONTINUANCE OF DISPOSITIVE MOTION DEADLINE, and finding good cause therefore, the Court hereby orders as follows:

(1)   A settlement conference is set on August 4, 2020 at 1:00 p.m. before Magistrate Judge Grosjean;

(2)   Any dispositive pre-trial motions SHALL be filed no later than September 4, 2020. Opposition to the motion(s), SHALL be filed no later than September 25, 2020 and the optional reply may be filed no later than October 13, 2020. The motion(s) SHALL be heard no later than October 30, 2020.

(3)   The pretrial conference is CONTINUED to November 20, 2020 at 8:30 a.m. The trial is CONTINUED to January 11, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **July 2, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER ON JOINT STIPULATION RE SETTLEMENT CONFERENCE AND CONTINUANCE OF DISPOSITIVE MOTION DEADLINE
64642525v.1