SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Mary D. Manesis (SBN 150372)
mmanesis@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
LAZER SPOT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONRADO MADRID,<br><br>             Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a Georgia corporation,<br><br>             Defendant. | Case No. 1:19-cv-00669-DAD-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE DEADLINE FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENT**<br><br>**(Doc. 102)** |

# [PROPOSED] ORDER

Upon consideration of the parties' JOINT STIPULATION TO CONTINUE THE DEADLINE FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENT, and finding good cause therefore, the Court hereby orders as follows: The current deadline for the parties to file their joint statement re discovery disagreement as required by local rule 251(c) shall be continued from July 23, 2020 until July 29, 2020.

IT IS SO ORDERED.

Dated: **July 22, 2020**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE