UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRADO MADRID, | Case No. 1:19-cv-00669-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES FOR FILING JOINT STATEMENT AND HEARING DATE |
| v. | |
| LAZER SPOT, INC., a Georgia corporation, | **(Doc. 105)** |
| Defendant. | |

Upon consideration of the parties' stipulation (Doc. 105), the Court **ORDERS**:

1.     The parties SHALL file their joint statement re discovery disagreement as required by local rule 251(c) no later than August 5, 2020;

2.     The hearing on the defendant's Motion to Compel and/or for Evidentiary Sanctions is continued to August 14, 2020, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   __July 28, 2020__          _____ **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE