SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Mary D. Manesis (SBN 150372)
mmanesis@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone:    (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
LAZER SPOT, INC.

LESCHES LAW
Levi Lesches (SBN 305173)
levi@lescheslaw.com
5757 Wilshire Boulevard, Suite 535
Los Angeles, California 90036
Telephone:    (323) 900-0580

Attorneys for Plaintiff
CONRADO MADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONRADO MADRID,<br><br>                Plaintiff,<br><br>    v.<br><br>LAZER SPOT, INC., a Georgia corporation,<br><br>                Defendant. | Case No. 1:19-cv-00669-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO REDACT PORTIONS OF SETTLEMENT CONFERENCE TRANSCRIPT**<br><br>(Doc. 113) |

**[PROPOSED] ORDER**

Upon consideration of the parties' **JOINT MOTION TO REDACT PORTIONS OF SETTLEMENT CONFERENCE TRANSCRIPT**, and finding good cause therefore, the Court ORDERS:

1. The transcript at issue (Doc. 110) to be **SEALED**;

2. **Within seven days**, defense counsel **SHALL** lodge a copy of the transcript with lines 1 to 8 of page 3[1] redacted via email to ApprovedSealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **September 30, 2020**           **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Using the Court's automatic numbering system, the redaction would occur on page 5 of 12.