SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Mary D. Manesis (SBN 150372)
mmanesis@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
Telephone:     (213) 270-9600
Facsimile:      (213) 270-9601

Attorneys for Defendant
LAZER SPOT, INC.

LESCHES LAW
Levi Lesches (SBN 305173)
levi@lescheslaw.com
5757 Wilshire Boulevard, Suite 535
Los Angeles, California  90036
Telephone:     (323) 900-0580

Attorneys for Plaintiff
CONRADO MADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CONRADO MADRID,<br><br>                Plaintiff,<br><br>      v.<br><br>LAZER SPOT, INC., a Georgia corporation,<br><br>                Defendant. | Case No. 1:19-cv-00669-JLT<br><br>**JOINT STIPULATION OF DISMISSAL AND RETENTION OF JURISDICTION; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Conrado Madrid and Defendant Lazer Spot, Inc. (collectively, the "Parties"), by and through their respective counsel of record, that:

- The Parties resolved the above-captioned action (the "Action") through a confidential settlement agreement;
- The Court shall retain jurisdiction of the Action for the sole purpose of enforcing the Parties' settlement agreement;
- The Parties respectfully request that the Court first rule on the Parties' Joint Motion to Redact Portions of the August 4, 2020 Transcript, prior to entering an order of dismissal;
- After the Court rules on the Motion to Redact Portions of the August 4, 2020 transcript, the Action shall be dismissed with prejudice as to all parties and all claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and
- Each party will bear its own expenses, costs and attorneys' fees, except as may otherwise be provided in the Parties' settlement agreement.

All signatories to this Stipulation, and all parties on whose behalf the Stipulation is submitted, concur with the Stipulation's content and have authorized its filing.

DATED: October 7, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By: *[signature: Mary Manesis]*
Michael J. Burns
Mary D. Manesis

Attorneys for Defendant
LAZER SPOT, INC.

DATED: September ___, 2020

Respectfully submitted,

LESCHES LAW

By: *[as authorized on 9/--/20]*
Levi Lesches

Attorneys for Plaintiff
CONRADO MADRID

**PROPOSED ORDER**

Based upon the stipulation of the parties (Doc. 117), the Court **ORDERS**[1]:

1. The action is dismissed with prejudice in its entirety;

2. Each party shall bear its own expenses, costs and attorneys' fees, except as may otherwise be provided in the settlement agreement; and

3. The Court shall retain jurisdiction of the action for the purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **November 10, 2020**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not understand the parties' apparent belief that the Court has not ruled on the request to seal the transcript (Doc. 113) related to the settlement conference. The request was filed on September 29, 2020 and the Court ruled on it on September 30, 2020 (Doc. 114).